APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: GABRIEL J. OTHON
(Please print)

STREET ADDRESS: 244 S. YALE AV

CITY/STATE/ZIP: ADDISON, IL 60101

PHONE NUMBER: (630) 832-7247

CASE NUMBER: **08CV0878**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE BROWN**

Signature: Gabriel J Othon        Date: 2/10/2008

FILED
FEB 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)