

FILED

FEB 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

GABRIEL J. OTHON
Plaintiff

v.

LG ELECTRONICS
Defendant(s)

CASE NUM 08CV0878
JUDGE DER-YEGHIAYAN
JUDGE MAG. JUDGE BROWN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, GABRIEL J. OTHON, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution?   ☐Yes   ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 9/7/2006
      Monthly salary or wages: ~~$4119~~ 2,042
      Name and address of last employer: LG ELECTRONICS
      20 NULL ANOUHOR, LTD COLUMBIARD, IL 60069

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                          ☒Yes   ☐No
      Amount  $17,000      Received by EDUARD OTHON - BROTHER

   b. ☐ Business, ☐ profession or ☐ other self-employment       ☐Yes   ☐No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes        ☐No
Amount_____ Received by_____

d. ☒ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                    ☐Yes        ☐No
Amount_____—_____ Received by GEORGE + CELIA OTHON - PARENTS

e. ☐ Gifts or ☐ inheritances                        ☐Yes        ☐No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)  ☐Yes   ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☒Yes   ☐No   Total amount: —
In whose name held: GEORGE + CELIA OTHON  Relationship to you: PARENTS

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                ☐Yes   ☒No
Property:_____  Current Value:_____
In whose name held:_____  Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒Yes   ☐No
Address of property: 244 S. YALE, ADDISON, IL 60101
Type of property: RESIDENCE         Current value: $150,000
In whose name held: GEORGE + CELIA OTHON  Relationship to you: PARENTS
Amount of monthly mortgage or loan payments: —
Name of person making payments: —

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                    ☒Yes   ☐No
Property: 2001 MUSTANG, 2001 GRAND MARQUIS
Current value: $7,900    $8,600
In whose name held: GABRIEL + GEORGE OTHON  Relationship to you: SELF + FATHER

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2/10/2008

_Gabriel Othon_
Signature of Applicant

_GABRIEL J. OTHON_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_____    _____
DATE                 SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

(Guide to Civil Cases for Litigants Without Lawyers: Page 42)