

**08CV0878**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE BROWN**

UNITED STATES DISTRICT COURT, NORTHE[RN]
EASTERN DIVISION

F I L E D
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) GABRIEL J. OTHON

v.

Defendant(s) LG ELECTRONICS

Case Number: _____
Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, GABRIEL J. OTHON, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   CONSULTED SHANNON MACDONALD OF NOLA CROSS ATTORNEYS IN MILWAUKEE, WHO ADVISED LEGAL INVESTIGATION FEES FOR SUCH A CASE ARE TOO HIGH & SHOULD BE LEFT TO AGENCY CHANNELS, WHICH FAILED MISERABLY.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Gabriel J. Oth_ (signature)
Movant's Signature

2/10/2008
Date

244 S. YALE AV
Street Address

ADDISON, IL 60101
City, State, ZIP