### United States District Court for the Northern District of Illinois

Case Number: 08CV878        Assigned/Issued By: J. N.

Judge Name:                 Designated Magistrate Judge:

---

#### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

#### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

1  Original and  1  copies on  3-7-08  as to  LG ELECTRONICS
                                (Date)

_____

_____