IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL J. OTHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 08 CV 878 |
| ) | Judge Samuel Der-Yeghiayan |
| LG ELECTRONICS USA, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S AGREED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant LG Electronics USA, Inc. ("LGEUS"), by and through its attorneys, hereby moves this Court for an extension of time within which to answer or otherwise plead in response to Plaintiff's Complaint. LGEUS requests an additional fourteen (14) days to prepare its response. In support of this motion, LGEUS states as follows:

1. On February 11, 2008, Plaintiff Gabriel J. Othon ("Plaintiff") filed a Complaint with this Court against LGEUS.

2. On March 7, 2008, Plaintiff delivered a copy of the Complaint and Summons to the Lincolnshire, Illinois facility of LGEUS.

3. If Plaintiff's service of the Complaint had been proper, then in accordance with the rules, LGEUS's answer or other responsive pleading would be due on March 26, 2008.

4. LGEUS is investigating the allegations contained in the Complaint so that it can properly respond.

5. On Wednesday, March 26, 2008, counsel for LGEUS spoke with Plaintiff, who stated that he consented to this extension.

1

6. LGEUS is acting in good faith by requesting this extension and does not believe that it will unduly delay this litigation. Further, the parties will not be prejudiced if such an extension is granted.

WHEREFORE, for the foregoing reasons, LGEUS respectfully requests that this Court enter an order granting it leave to answer or otherwise respond to Plaintiff's Complaint on or before Thursday, April 10, 2008.

Dated: March 26, 2008                               Respectfully submitted,

                                                    LG ELECTRONICS USA, INC.


                                                    By:        /s/ Tiana F. Nell
                                                               One of Its Attorneys


Derek G. Barella
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
tnell@winston.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of March, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

>Gabriel J. Othon
>244 S. Yale Ave.
>Addison, IL 60601

                                                  ___/s/ Tiana F. Nell_____