IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL J. OTHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 08 CV 878 |
| | ) | Judge Samuel Der-Yeghiayan |
| LG ELECTRONICS USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:

    Gabriel J. Othon
    244 S. Yale Ave.
    Addison, IL 60601

    PLEASE TAKE NOTICE THAT on Tuesday, April 1, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903 of the Dirksen Federal Building, 219 South Dearborn, Chicago Illinois 60604 and then and there shall present DEFENDANT'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached and hereby served on you.

Dated: March 26, 2008        Respectfully submitted,

                                  LG ELECTRONICS USA, INC.

                                  By: _____/s/ Tiana F. Nell_____
                                          One of Its Attorneys

Derek G. Barella
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
tnell@winston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of March, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

      Gabriel J. Othon
      244 S. Yale Ave.
      Addison, IL 60601

                            /s/ Tiana F. Nell