**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Gabriel J Othon
                  Plaintiff,

v.                                                                      Case No.: 1:08−cv−00878
                                                                        Honorable Samuel Der−Yeghiayan

LG Electronics
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan:Defendant's agreed motion for extension of time to answer or otherwise plead [12] is granted to and including 04/10/08. Initial status hearing set for 04/17/08 at 9:00 a.m. At least three working days prior to the status hearing, the parties are to file the Court's joint initial status report and joint jurisdictional status report. Mailed notice(mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.