

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GABRIEL J. OTHON

CASE NUMBER: 08CV878

V.

ASSIGNED JUDGE: Der-Yeghiayan

LG ELECTRONICS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LG ELECTRONICS
200 MILLBROOK DR
LINCOLNSHIRE, IL 60069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DEREK G. BARELLA
TIANA F. NELL
WINSTON & STRAWN LLP
35 W. WACKER DR
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    3-7-08
(By) DEPUTY CLERK                           DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/7/08 |
| NAME OF SERVER *(PRINT)* GABRIEL J. OTHON | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: LG ELECTRONICS 200 MILLBROOK DR, LINCOLNSHIRE, IL 60069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/7/08
Date

Signature of Server: Gabriel J. Othon

Address of Server: 244 S. YALE AV, ADDISON, IL 60101

**FILED**
APR - 4 2008 YM
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)