# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GABRIEL J. OTHON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 08 CV 878 |
| **LG ELECTRONICS** | ) ) Judge Samuel Der-Yeghiayan ) |
| **Defendant.** | ) ) |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant LG Electronics USA, Inc.[1] ("LGEUS"), hereby submits its Motion to Dismiss, and states as follows:

1.	On March 7, 2008, Plaintiff Gabriel J. Othon filed an action in this Court alleging employment discrimination based on disability, gender, race, and national origin.

2.	Plaintiff failed to serve his Complaint and Summons properly on LGEUS. Thus, the Complaint should be dismissed due to ineffective service of process.

3.	Because his allegations of gender, race, and national origin discrimination are outside the scope of his EEOC Charge, these claims should be dismissed for failing to state a claim upon which relief may be granted.

4.	Because his allegations of disability discrimination are inadequate, this claim also should be dismissed for failing to state a claim upon which relief may be granted.

5.	In further support of this motion, LGEUS refers the Court to the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint.

Respectfully submitted,

---

[1] Defendant is incorrectly named in the Complaint as "LG Electronics."

1

2

LG ELECTRONICS USA, INC.


By:_____/s/ Tiana F. Nell_____

Derek G. Barella
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
tnell@winston.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of April, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

    Gabriel J. Othon
    244 S. Yale Ave.
    Addison, IL 60601

              _____/s/ Tiana F. Nell_____

CHI:2074904.1