IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL J. OTHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 08 CV 878 |
| | ) | Judge Samuel Der-Yeghiayan |
| LG ELECTRONICS USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:

      Gabriel J. Othon
      244 S. Yale Ave.
      Addison, IL 60601

      PLEASE TAKE NOTICE THAT on Thursday, April 17, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903 of the Dirksen Federal Building, 219 South Dearborn, Chicago Illinois 60604 and then and there shall present DEFENDANT'S MOTION TO DISMISS COMPLAINT, a copy of which is attached and hereby served on you.

Dated: April 10, 2008        Respectfully submitted,

                              LG ELECTRONICS USA, INC.

                              By: _____/s/ Tiana F. Nell_____
                                  One of Its Attorneys

Derek G. Barella
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
tnell@winston.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of April, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

    Gabriel J. Othon
    244 S. Yale Ave.
    Addison, IL 60601

            _____/s/ Tiana F. Nell_____