IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL J. OTHON, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>LG ELECTRONICS USA, INC. )<br>)<br>)<br>　　　　Defendant. ) | Cause No. 08 CV 878<br>Judge Samuel Der-Yeghiayan |

**JOINT JURISDICTIONAL STATUS REPORT**

NOW COME the Plaintiff, GABRIEL J. OTHON, proceeding *pro se*, and Defendant, LG ELECTRONICS USA, INC., by WINSTON & STRAWN, LLP, and submit the following Joint Jurisdictional Status Report:

I.   Subject Matter Jurisdiction:

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., and the Americans with Disabilities Act, 42 U. S. C. § 12101. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343(a)(3) and (4).

II.   Venue (Plaintiff Only):

Plaintiff resides in Addison (Dupage County), Illinois. Plaintiff was employed by Defendant at its location in Lincolnshire (Lake County), Illinois. Venue is proper under 28 U.S.C. §§ 1391(b)(1) and (2).

| GABRIEL J. OTHON, | LG ELECTRONICS USA, INC., |
|---|---|
| /s/ Gabriel J. Othon | /s/ Tiana F. Nell |
| By: GABRIEL J. OTHON, *pro se* | By: TIANA F. NELL |
| 244 S.YALE ST. | WINSTON & STRAWN, LLP. |
| ADDISON, ILLINOIS 60101 | ATTORNEY FOR DEFENDANT |
| (630) 832-7247 | 35 WEST WACKER DRIVE |
| sovereignjudge@districtstarchamber.com | CHICAGO, ILLINOIS 60601 |
| | (312) 558-7556 |
| | tnell@winston.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of April, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

      Gabriel J. Othon
      244 S. Yale Ave.
      Addison, IL 60601

                                    _____/s/ Tiana F. Nell_____