FILED
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)   GABRIEL J. OTHON   )
                                  )   Case Number: 08C 0878
            v.                    )
                                  )
Defendant(s)  LG ELECTRONICS      )   Judge: DER-YEGHIAYAN
                                  )

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, GABRIEL J. OTHON, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]:
   CONSULTED SHANNON MACDONALD OF NOLA CROSS ATTORNEYS IN MILWAUKEE, WHO ADVISED LEGAL INVESTIGATION FEES FOR SUCH A CASE AND TOO HIGH & SHOULD BE LEFT TO AGENCY CHANNELS, WHICH FAILED MISERABLY. * IN ADDITION, LGEUS IS NOW SEEKING PROTRACTED DISCOVERY AND TRIAL PROCEEDINGS PER JOINT REPORT

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Gabriel J. Oth_        244 S. YALE AV
Movant's Signature      Street Address

2/10/2008               ADDISON, IL 60101
Date                    City, State, ZIP
_Gabriel J. Oth_

*4/11/2008 RENEWED MOTION FOR COUNSEL