# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 878 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Gabriel J Othon vs. LG Electronics | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/28/08 at 9:00 a.m. Defendant's motion to dismiss [16] is entered and continued. Plaintiff's response to Defendant's motion to dismiss shall be filed by 05/01/08 and Defendant's reply shall be filed by 05/14/08. Plaintiff is warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action for want of prosecution pursuant to Local Rule 41.1.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | maw |
|---|---|---|