# United States District Court for the Northern District of Illinois

Case Number: 08CV878          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                ☑ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _5-9-08_ as to _LG ELECTRONICS, INC._
                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05