FILED
MAY 16 2008
MAY 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

GABRIEL J. OTHON
        Plaintiff

ALIAS   SUMMONS IN A CIVIL CASE

LG ELECTRONICS USA, INC.
        V.

CASE NUMBER: 08C 0878

ASSIGNED JUDGE: SAMUEL DER-YEGHIAYAN

DESIGNATED
MAGISTRATE JUDGE: GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

LG ELECTRONICS, INC.
2000 MILLBROOK DR
LINCOLNSHIRE, IL 60069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GABRIEL J. OTHON
244 S YALE
ADDISON, IL 60101

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY X 9 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date               Signature of Server

            _____
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2008, I caused a copy of the foregoing to be served on counsel for Defendant by placing a copy of it in the U.S. Mail addressed as follows:

c/o Tiana F. Nell
Winston & Strawn, LLP
Attorney for Defendant (LGEUS)
35 West Wacker Drive
Chicago, IL 60601

*[signature]*