AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

GABRIEL OTHON

CASE NUMBER: 08C0878

V.

LG ELECTRONICS USA, INC.

ASSIGNED JUDGE: DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: SOAT-BROWN

TO: (Name and address of Defendant)

LG ELECTRONICS USA, INC.
2000 MILL BROOK DRIVE
LINCOLNSHIRE, IL 60069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GABRIEL OTHON
244 S. YALE AV
ADDISON, IL 60101

an answer to the complaint which is herewith served upon you within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 17 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-19-2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edward J. Othen | Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2000 Millbrook Dr.
LG Electronics    Lincolnshire, IL 60069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
Jun 23 2008
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/08
        Date            Signature of Server

244 S. Yale Addison, IL 60101
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.