# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GABRIEL J. OTHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 CV 878 |
| | ) |
| LG ELECTRONICS | ) Judge Samuel Der-Yeghiayan |
| | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant LG Electronics U.S.A., Inc.[1] ("LGEUS"), hereby submits its Motion to Dismiss, and states as follows:

1. On March 7, 2008, Plaintiff Gabriel J. Othon filed an action in this Court alleging employment discrimination based on disability, gender, race, and national origin.

2. On June 17, 2008, Plaintiff filed an Amended Complaint, also alleging employment discrimination based on disability, gender, race, and national origin.

3. Because his allegations of gender, race, and national origin discrimination are outside the scope of his EEOC Charge, these claims should be dismissed for failing to state a claim upon which relief may be granted.

4. Because his allegations of disability discrimination are inadequate, this claim also should be dismissed for failing to state a claim upon which relief may be granted.

5. In further support of this motion, LGEUS refers the Court to the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Amended Complaint.

---

[1] Defendant is incorrectly named in the Complaint as "LG Electronics."

Respectfully submitted,

LG ELECTRONICS U.S.A., INC.


By:_____/s/ Tiana F. Nell_____

Derek G. Barella
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
tnell@winston.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of July, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff by placing a copy of it in the U.S. Mail addressed as follows:

        Gabriel J. Othon
        244 S. Yale Ave.
        Addison, IL 60601

                                                              _____/s/ Tiana F. Nell_____

CHI:2118738.1