UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gabriel J Othon
                       Plaintiff,

v.                                   Case No.: 1:08−cv−00878
                                         Honorable Samuel Der−Yeghiayan

LG Electronics USA, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 09/16/08 at 9:00 a.m. Defendant's motion to dismiss Plaintiff's amended complaint [31] is entered and continued. Plaintiff advised the Court that he has filed his responsive brief. Therefore, Defendant's reply in support shall be filed by 07/29/08. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.